UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

---

| | |
|---|---|
| TRON CARRUTH | CIVIL ACTION NO. 1:04-CV-2063-A |
| | SECTION P |
| -vs- | JUDGE DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

CONSOLIDATED WITH

| | |
|---|---|
| HARDY ANDERSON | CIVIL ACTION NO. 1:05-CV-0932-A |
| | SECTION P |
| -vs- | JUDGE DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

CONSOLIDATED WITH

| | |
|---|---|
| ANTONIO JOHNS | CIVIL ACTION NO. 1:05-CV-1016-A |
| | SECTION P |
| -vs- | JUDGE DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

CONSOLIDATED WITH

| | |
|---|---|
| MICHAEL HAMILTON | CIVIL ACTION NO. 1:05-CV-1563-A |
| | SECTION P |
| -vs- | JUDGE DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

CONSOLIDATED WITH

| | |
|---|---|
| KEVIN LANE BAKER | CIVIL ACTION NO. 1:05-CV-1914-A |
| | SECTION P |
| -vs- | JUDGE DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

### O R D E R

The Court having noticed that these suits arise from common issues of fact and law,

IT IS ORDERED that the above listed suits are hereby consolidated for all future proceedings, including trial, unless otherwise ordered by the Court.

SIGNED on this 2nd day of May, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge